# PRISONER CASE

CATII

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINC

## Civil Cover Sheet

08CV4682
JUDGE CASTILLO
MAG. KEYS

**Plaintiff(s):**   **EARNEST WILSON**    **Defendant(s):**   UNITED STATES OF AMERICA

**County of Residence:** US, Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**

Earnest Wilson
#09673-026
Oxford
P.O. Box 1000
Oxford, WI 53952

**Defendant's Attorney:**

1) AUSA
2) Joseph Michael Alesia
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604

FILED
AUG 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis
of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 3. Federal Question
(U.S. gov't, not a party)

☑ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

**Origin:**
☑ 1. Original Proceeding
☐ 5. Transferred From Other District

☐ 2. Removed From State Court
☐ 6. MultiDistrict Litigation

☐ 3. Remanded From Appellate Court
☐ 7. Appeal to District Judge from
Magistrate Judgment

☐ 4. Reinstated or Reopened

FILED
AUG 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Nature of Suit:** 530 Habeas Corpus

**Cause of Action:** 28:2241

**Jury Demand:** ☐ Yes   ☑ No

**Signature:** Lar Cv    **Date:** 8/18/08