## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | RUBEN CASTILLO | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4682 | **DATE** | September 3, 2008 |
| **CASE TITLE** | Earnest Wilson (#09673-026) v. United States of America | | |

**DOCKET ENTRY TEXT:**

Petitioner is given 30 days from the date of this order to either pay the $5 filing fee or file a petition for leave to file *in forma pauperis*. The Clerk is directed to send Petitioner an *in forma pauperis* application. If Petitioner does not comply with this order within 30 days, the Court shall dismiss this action.

■ [For further details see text below.]                    Docketing to mail notices.

### STATEMENT

Although the Clerk has accepted this *pro se* petition for a writ of habeas corpus for docketing pursuant to Rule 5(e) of the Federal Rules of Civil Procedure, Petitioner has neither paid the $5 filing fee nor filed a petition for leave to file *in forma pauperis*. If Petitioner wishes to proceed with this action, he must either pay the $5 filing fee or, in the alternative, file an *in forma pauperis* application complete with a certificate from a prison official stating the amount on deposit in the prisoner's trust account. If Petitioner does not pay the filing fee or file a fully completed *in forma pauperis* application within 30 days, the Court shall dismiss this action.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|